# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-219
_____

ELMO HENDRICKS and TYNISHA
WATKINS,

Appellants,

v.

CARRINGTON MORTGAGE
SERVICES, LLC,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Donna M. Keim, Judge.

March 21, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and KELSEY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

James H. Cerveny, Gainesville, and Niles B. Whitten, Gainesville, for Appellants.

Nancy M. Wallace, Akerman LLP, Tallahassee, William P. Heller, Akerman LLP, Fort Lauderdale, and Eric M. Levine, Akerman LLP, West Palm Beach, for Appellee.